An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MBM06, LLC, A NEVADA LIMITED LIABILITY COMPANY; MICHAEL THREET, INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL AND LISA THREET FAMILY TRUST U/A; LISA THREET AS TRUSTEE OF THE MICHAEL AND LISA THREET FAMILY TRUST U/A; BRYAN CHOMKO, INDIVIDUALL AND AS TRUSTEE OF THE BRYAN CHOMKO LIVING TRUST; AND MICHAEL GIORDANO, AN INDIVIDUAL,
Appellants,
vs.
CITY NATIONAL BANK,
Respondent.

No. 62068

FILED

JUL 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the parties' July 17, 2013, stipulation, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Mark R. Denton, District Judge
Cogburn Law Offices
Shea & Carlyon, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-21959